In the Matter of the Petition of Rose Eitingon. In the Matter of the Accounting of Motty Eitingon et al., as Surviving Trustees of a Trust for Rose Eitingon. Motty Eitingon et al., Individually and as Executors and Trustees under the Will of Waldemar Eitingon, Deceased, et al., Appellants; Rose Eitingon, Now Known as Rose Eitingon Field, et al., Respondents.

Argued May 22, 1947; decided July 2, 1947.

*Monroe Goldwater, George P. Halperin, Daniel Katz* and *Eugene V. Weissman* for Motty Eitingon and another, individually, etc., appellants.

*Arthur Garfield Hays* and *James R. Cherry* for Motty Eitingon and another, as executors of Solomon Schild, deceased, appellants.

*Kenneth J. Mullane* and *William T. Griffin* for Rose Eitingon Field, respondent.

*Morris J. Bricker* and *Samuel Levy,* Special Guardians for Joan Goldstein, and another, respondent.

Order affirmed, with costs to respondents payable out of the estate. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.